1 In re the Marriage of Sigrid Geothoeffer Fisher, Appellant, and Jonathan Fisher, Appellee. No. 20CA0849
Court of Appeals of Colorado, Fourth Division
January 6, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 El
 Paso County District Court No. 95DR3983 Honorable G. David
 Miller, Judge
 
 
 
 OPINION
 
 
 BROWN,
 JUDGE
 
 
 ORDER
 AFFIRMED
 
 
 
 Navarro and Vogt [*] , JJ., concur
 
 2
 
 ---------
 
 
 Notes:
 
 
 [*]
 Sitting by assignment of the Chief Justice under provisions
 of Colo. Const. art. VI, § 5(3), and § 24-51-1105,
 C.R.S. 2021.
 
 
 ---------